**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-6409**

---

ROBERT J. ELLIS,

Plaintiff - Appellant,

versus

SECRETARY OF PUBLIC SAFETY,

Defendant - Appellee.

---

**No. 96-6463**

---

TERRY LEE BOBLETT,

Plaintiff - Appellant,

versus

SECRETARY OF PUBLIC SAFETY,

Defendant - Appellee.

**No. 96-6464**

CORNELIUS STRONG,

                                        Plaintiff - Appellant,

        versus

PARRIS GLENDENING, Governor; MARVIN N. ROB-
BINS, Director, Inmate Grievance Commission;
WILLIAM SMITH, Warden of the Maryland House of
Correction,

                                        Defendants - Appellees.

Appeals from the United States District Court for the District of
Maryland, at Baltimore.  J. Frederick Motz, Chief District Judge.
(CA-96-268-JFM, CA-96-490-JFM, CA-95-3369-JFM)

Submitted:  August 22, 1996        Decided:  September 3, 1996

Before HALL, MICHAEL, and WILLIAMS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Robert J. Ellis, Terry Lee Boblett, Cornelius Strong, Appellants
Pro Se.  John Joseph Curran, Attorney General, Richard Bruce
Rosenblatt, Assistant Attorney General, Baltimore, Maryland, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellants appeal from the district court's orders denying relief on their 42 U.S.C. § 1983 (1988) complaints. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Ellis v. Secretary of Public Safety, No. CA-96-268-JFM (D. Md. Feb. 29, 1996); Boblett v. Secretary of Public Safety, No. CA-96-490-JFM (D. Md. Mar. 1, 1996); Strong v. Glendening, No. CA-95-3369-JFM (D. Md. Feb. 29, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED